UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. RODRIGUEZ, <br> Petitioner, <br> v. <br> DOMINGO URIBE, Warden, <br> Respondent. | Case No. CV 09-2009 ODW(JC) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition ("Motion"), the Opposition to the Motion, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation, except that the citation to Porter v. Ollison which appears on page 8 of the Report and Recommendation is ordered replaced with a citation to the recently amended version of the opinion in such case, which was issued after the Report and Recommendation was filed and appears at 2010 WL 3349193 (9th Cir. Aug. 26, 2010).

IT IS ORDERED that Judgment be entered granting the Motion, denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 6, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE